[No. 43787-2-II. Division Two. February 4, 2014.]

ARTHUR WEST, *Appellant*, v. WASHINGTON STATE ASSOCIATION OF CITIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-02266-5, Paula Casey, J., entered July 30, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 43989-1-II. Division Two. February 4, 2014.]

SUK HUI BONBRAKE, *Respondent*, v. SUNHEE LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-30183-0, Indu Thomas, J. Pro Tem., entered September 6, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Penoyar and Lee, JJ.

[No. 43997-2-II. Division Two. February 4, 2014.]

*In the Matter of the Marriage of* CHAD MITCHELL BURTON, *Respondent*, and DEBORAH RENEE BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-3-00172-4, John F. Nichols, J., entered August 27, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Penoyar and Lee, JJ.

[No. 44675-8-II. Division Two. February 4, 2014.]

MARVIN HUNTER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-01164-5, Chris Wickham, J., entered March 21, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Maxa, J.